IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00362-WYD-KLM

ANTHONY LACOMBE, as son and lineal heir of
Sophia G. LaCombe (now deceased),

    Plaintiff,

v.

SOUTH PUEBLO MEDICAL INVESTORS, LTD,
a Tennessee Foreign Limited Partnership
d/b/a LIFE CARE CENTER OF PUEBLO

    Defendant.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| LEVINE LAW, LLC | WHEELER TRIGG O'DONNELL |
| s/ Jordan S. Levine<br>s/ Andrew J. Phillips | s/ James Nicholas Boeving<br>s/ Kevin J Kuhn<br>s/ Michele On-Ja Choe |
| Jordan Levine, Esq. #23877<br>Andrew J. Phillips, Esq. #40283<br>4500 Cherry Creek Drive South, Suite 400<br>Denver, CO 80246<br>(303) 333-8000<br>*Attorneys for Plaintiff* | Kevin J. Kuhn Esq.<br>Michele On-Ja Choe, Esq.<br>James Nicholas Boeving, Esq.<br>Wheeler Trigg O'Donnell<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>*Attorneys for Defendants* |

**SO ORDERED**

Dated: *April 28, 2015*

_____
Hon. Kristen L. Mix
United States Magistrate Judge