IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00362-WYD-KLM

ANTHONY LACOMBE,

      Plaintiff,

v.

SOUTH PUEBLO MEDICAL INVESTORS, LTD.,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for a Protective Order** [#25] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#25-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 12, 2015